BEFORE THE FIRST DIVISION, FEBRUARY 10, 1941

**No. 45366.**—Protest 980787–G of Pacific Trading Co. (San Francisco).

Opinion by BROWN, J. In accordance with the report of the appraiser the bonito in question was held dutiable at 1¼ cents per pound under paragraph 717 (c) as claimed.